IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISAIAH MALDONADO AND TONYA MALDONADO,
and as Guardians and Next Friend of Jane Doe 1 and Jane Doe 2,
Minor Children,

    Plaintiffs,

                                      No. 2:19-cv-01207-KG-SMV

v.

FRANK RAMOS ARIAS and SILVER CITY
CONSOLIDATED SCHOOLS,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' *Joint Motion to Dismiss with Prejudice* (Doc. 41) and the Court, having reviewed the Motion, finds that it is well taken.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that all remaining claims in the current litigation are hereby dismissed with prejudice and the Parties shall each bear their own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Approved:

MYNATT MARTÍNEZ SPRINGER P.C.

_____
BLAINE T. MYNATT
ALAN J. DAHL
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
*Attorneys for Defendant Frank R. Arias*


WALZ AND ASSOCIATES, P.C.


/s/Jerry A. Walz (via email 11/9/2020)
JERRY A. WALZ
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
*Attorney for Defendants Silver Consolidated Schools*



  /s/Samuel I. Kane (via email 11/6/2020)
Samuel I. Kane
1018 E. Amador
Las Cruces, NM 88001
(575) 526-5263
sam_kane@yahoo.com
*Attorney for Plaintiffs*